UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUIS PEREZ and AMANDA SMITH,**

    **Plaintiffs,**

v.                                        Case No:  6:16-cv-412-Orl-41DAB

**NWB ASPEN, INC. and NEIL W. BUTLER,**

    **Defendants.**

                                                                 /

**ORDER**

THIS CAUSE is before the Court on Defendants' Amended Motion for Summary Judgment (Doc. 20). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 24), which recommends that the motion be granted.

After an independent *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Defendants' Amended Motion for Summary Judgment (Doc. 20) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Defendants and close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record